No. 01–5555. NEWTON v. PAOLINO, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–5561. BARRY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–5565. WINKLEMAN v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5566. WASHINGTON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–5567. THOMAS v. SMITH, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5569. ANDERSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–5576. MALE JUVENILE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5577. KRATSAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5578. JACKSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–5579. DOZIER v. MACK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5580. RAMIREZ-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5584. GIBBS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5585. FREEMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5591. HURLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5593. HILLSMAN v. PETERSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–5595. FIGUEROA v. WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.